**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiffs, | ) | **CASE NO. 8:00CR358** |
| | ) | |
| v. | ) | |
| | ) | |
| **ALFRED D. ROGERS,** | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the Memorandum and Order entered on this date, judgment is entered in favor of the government and against the defendant, Alfred Rogers. The defendant's Motion under 28 U.S.C. § 2255 to vacate is dismissed without prejudice subject to certification by a panel of the Eighth Circuit allowing defendant to file a successive § 2255 motion.

DATED this 9th day of November, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge