IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:00CR358 |
| | ) | |
| v. | ) | |
| | ) | |
| ALFRED D. ROGERS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on defendant's motion for reconsideration of this court's order denying his motion to vacate judgment. Filing No. 192. Defendant contends that he did not receive mail from April 2004 through November 2005. See Filing No. 192 and attached letter. The court has carefully reviewed the record and finds the defendant's claims are without merit and frivolous. Defendant's motion to vacate and successive motion to vacate did not occur in this time period in any event. See Filing Nos. 120, 121, 125, 126, 128, 129, 131, 132, 133, 134, 160, 161, 162, 165, and 166.

THEREFORE, IT IS ORDERED that defendant's motion to reconsider, Filing No. 192, is denied.

DATED this 24th day of March, 2010.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge